IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

GLENDA G. NICKERSON,               )
                                   )
            Plaintiff,             )
                                   )
      v.                           )     CIVIL ACTION NO. 1:05cv1137-CSC
                                   )                (WO)
COMMISSIONER OF                    )
SOCIAL SECURITY                    )
                                   )
            Defendant.             )

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered in the case, it is

ORDERED and ADJUDGED that the decision of Commissioner of Social

Security be and is hereby REVERSED and that this case be and is hereby REMANDED

to the Commissioner for further proceedings consistent with the opinion.

Done this 20th day of February, 2007.


          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE